PROB 12C
(SDIA 05/23)

# UNITED STATES DISTRICT COURT
### FOR THE
## SOUTHERN DISTRICT OF IOWA

### Petition for Warrant or Summons for Offender Under Supervision

---

**Name of Offender:**  Charls Peter Niphong                           **Case Number:**  3:20-cr-00025-001

**Name of Sentencing Judicial Officer:**  John A. Jarvey, U.S. District Judge (retired)
Stephen H. Locher, U.S. District Judge (current)

**Date of Original Sentence:**  December 23, 2020

**Original Offense:**  18 U.S.C. §§ 922(g)(1), 922(g)(3), 924(a)(2) – Prohibited Person in Possession of a Firearm

**Original Sentence:**  64 months' imprisonment; 36 months' supervised release

**Date Original Supervision Commenced:** December 11, 2024

**Date Current Supervision Commenced:** December 16, 2024

**All Prior Reports & Actions:** None

---

### PETITIONING THE COURT

☒      To issue a warrant.

☐      To issue a summons.

The probation officer believes that the offender has violated one or more conditions of supervision, as outlined below:

### <u>Violations</u>

1.   New Law Violation – Possession Stolen Motor Vehicle

2.   New Law Violation - Possessing Stolen Property

3.   New Law Violation – Possession Crack Cocaine

<u>Nature of Noncompliance</u>

On May 15, 2025, after a reported home invasion, Mr. Niphong was arrested by the Grand Rapids Police Department for possession of stolen property, possession of stolen motor vehicle, and possession of crack cocaine. Mr. Niphong is currently in the custody of the Kenty County, Michigan Jail. Mr. Niphong was being supervised by the Probation Office in the Western District of Michigan.

U.S. Probation Officer Recommendation:

The term of supervision should be

    ☒    revoked.

    ☐    extended for … years, for a total term of … years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 19, 2025

by:      _____

Justin Haase
U.S. Probation Officer

---

The United States Attorney's Office:

    ☒    Does not object to the proposed action.

    ☐    Objects but does not request a formal hearing be set.

    ☐    Objects and will petition the Court requesting that a formal hearing be set.

**Matthew A. Stone**
_____
Assistant United States Attorney

_____
Signature

---

THE COURT ORDERS:

    ☐    No action.

    ☒    The issuance of a warrant.

    ☐    The issuance of a summons so a hearing can be

held on _____

at _____.

_____
Signature of Judicial Officer

May 19, 2025
Date