AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
8:23 am, May 20 2025

| United States of America | ) | |
| | ) | |
| v. | ) | Case No. 3:20-cr-00025-SHL-SBJ |
| | ) | |
| Charls Peter Niphong | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Charls Peter Niphong                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☑ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

   Supervised Release Violations (ECF #66)

WARRANT ISSUED

CHANDLOR G. COLLINS, Clerk

By: *Maurice Mart*
   DEPUTY CLERK

Date:     05/19/2025

City and state:     Davenport, Iowa

Stephen H. Locher, U.S. District Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 05/19/25 , and the person was arrested on *(date)* 06/25/26 at *(city and state)* Grand Rapids, MI |

Date: 06/25/26

*Blake Buck*
*Arresting officer's signature*

Blake Buck DUSM
*Printed name and title*